**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6543**

EARL RICHARD CADWALLADER,

              Plaintiff - Appellant,

      v.

KENNETH LASSITER, Director of Prisons; ELIZABETH TILSON, Chief Medical Officer,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:19-ct-03320-BO)

Submitted:  September 24, 2020            Decided:  September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Earl Richard Cadwallader, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Richard Cadwallader, a North Carolina prisoner, filed a 42 U.S.C. § 1983 complaint concerning his medical care. He seeks to appeal the district court's order denying his motions for appointment of counsel, dismissing the claims against the two named Defendants, dismissing as time-barred claims relating to his medical care prior to October 23, 2016, and giving Cadwallader an opportunity to particularize his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Cadwallader seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Cadwallader's motion for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*